UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| LESLIE V. WELDON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:13-cv-402 |
| ) | |
| v. ) | Honorable Phillip J. Green |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | **JUDGMENT** |
| Defendant. ) | |
| _____) | |

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFIRMED.

Dated:  October 2, 2014        /s/  Phillip J. Green
                                United States Magistrate Judge